COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Aaron Charles Burton v. The State of Texas

Appellate case number:      01-14-00513-CR, 01-14-00514-CR

Trial court case number:    1330898, 1330899

Trial court:                351st District Court of Harris County

On October 30, 2014, this case was abated and remanded to the trial court to conduct a hearing within 30 days of that order to determine whether, *inter alia*, appellant's counsel, Tony Aninao, should be relieved of his duties for failure to timely file appellant's brief in these appeals or, if he has not abandoned these appeals, to set a deadline for filing appellant's brief. On November 18, 2014, the trial court held the abatement hearing on the same day that appellant's counsel filed a motion to reinstate the appeals, to vacate the abatement order, and for leave to file appellant's brief in these appeals, which he filed on November 17, 2014. After a preliminary review, counsel's brief filed on behalf of appellant complies with Texas Rule of Appellate Procedure 38.1.

Accordingly, we **GRANT** appellant's motion to reinstate and leave to file appellant's brief in both appeals, and **REINSTATE** these cases on the Court's active docket.

The State's brief, if any, is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 2, 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley
            ☒  Acting individually    ☐  Acting for the Court

Panel consists of _____


Date:  November 25 2014